UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACQUELYN SUE MARSHALL,<br><br>             Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>             Defendant. | CASE NO. EDCV 10-1668 AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 29, 2011

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE